■ VILLAGE OF BATH, Respondent, v. SAMUEL B. BALCOM, Defendant, and DAVID M. BOWES, Appellant. (And Two Other Actions.) — Stay continued pending hearing and determination of appeal, on condition appellant's record and briefs are filed by December 15, 1959 and case argued at January 1960 Term; motion to dismiss appeal denied, with permission to renew on argument of appeal.

■ JOHN CACIA et al., Respondents, v. NATIONAL TRANSITADS, INC., et al., Appellants, et al., Defendants.— Motion granted and appeal dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SERIO, Appellant.— Appeal dismissed for failure to comply with previous order.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY J. CUCINOTTI, Appellant.— Motion granted and time for argument of appeal enlarged to include January 1960 Term of court, on condition appellant's brief is filed and served on or before December 8, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK KOLAKOWSKI, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY MECCA, Appellant.— Motion granted and time for argument of appeal enlarged to include January 1960 Term, on condition records and briefs are filed and served on or before December 8, 1959; case set down for argument during first week of January 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR JOHNSON, Appellant.— Motion granted and time for argument of appeal enlarged to include January 1960 Term, on condition briefs are filed and served on or before December 8, 1959; case set down for argument during first week of January 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD EDWARD SMITH, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.